IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA REYES, | No. C 90-00212 SI |
| Plaintiff, | **ORDER DISMISSING PETITION FOR RELEASE OF FUNDS AS IMPROPERLY FILED** |
| v. | |
| U.S. NATURAL RESOURCES, INC., | |
| Defendant. | |

Before the Court is a petition by Maria Reyes asking the Court to order the release of funds from a bank account held in the name of her son, Daniel Reyes. Daniel received the funds as a minor in 1991, pursuant to an action brought in this Court. Unfortunately, Daniel has since died intestate, leaving no spouse or children. His next of kin are his mother, Maria, and his brother, David Reyes. On July 13, 2007, Daniel would have attained the age of 25, at which point the funds in the account would have been paid out to Daniel under the terms of the compromise. Maria asks this Court to release the funds to her as his mother, Cal. Probate Code § 6402(a), because the funds do not exceed $100,000 and therefore may be distributed without the need for probate administration of Daniel's estate, *id.* §§ 13100, 13151 & 13154. Although it appears Maria Reyes has met the requirements of California law for this expedited process, California law also requires the petition to be filed in state court: "the successor of the decedent . . . may file a petition *in the superior court of the county in which the estate of the decedent may be administered* requesting a court order . . . ." *Id.* § 13151. Accordingly, notwithstanding the fact that the funds in question were acquired as the result of a proceeding before

the United States District Court, the Court hereby DENIES the petition for release of funds, without prejudice to plaintiff's filing a petition in Superior Court of the county in which Daniel's estate is administered..

**IT IS SO ORDERED.**

Dated: September 28, 2007

SUSAN ILLSTON
United States District Judge